UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDELL IVAN BUIE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 2:23–cv–2786–KJN<br><br>ORDER TO SHOW CAUSE |

Plaintiff, proceeding without counsel, filed this action on December 1, 2023.[1] (ECF No. 1.) Under the operative scheduling order, the Commissioner was to file a copy of the administrative complaint within 90 days of service, and plaintiff's motion for summary judgment was to be filed 30 days after the transcript filing. (ECF No. 5 at 3(a)-(b).) The Commissioner filed the administrative transcript on February 5, 2024, making plaintiff's motion due by March 5th.

/////

/////

/////

---

[1] This action is referred to the magistrate judge under Local Rule 302(c)(15).

1

This deadline has passed without any filing by plaintiff. Accordingly, within fourteen days of the date of this order, plaintiff shall show cause in writing why this action should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dated:  March 19, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

buie.2786

2